**DISMISS and Opinion Filed December 3, 2024**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-24-01218-CV**

**JAMES BLAKLEY, Appellant**

**V.**

**SHERMAN EXPRESS, LLC, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-05685**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Carlyle
Opinion by Justice Carlyle

Before the Court is appellant's motion to dismiss the appeal. Appellant informs the Court that he no longer wishes to pursue his appeal. Accordingly, we grant appellant's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

241218f.p05

/Cory L. Carlyle//
CORY L. CARLYLE
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JAMES BLAKLEY, Appellant

No. 05-24-01218-CV       V.

SHERMAN EXPRESS, LLC,
Appellee

On Appeal from the 101st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-23-05685.
Opinion delivered by Justice Carlyle.
Justices Reichek and Nowell
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee SHERMAN EXPRESS, LLC recover its costs of this appeal from appellant JAMES BLAKLEY.

Judgment entered this 3rd day of December, 2024.